IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAXWELL C. EZENWA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-3379 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the Court has found in favor of Defendant United States the Court hereby ORDERS that final judgment be entered. Plaintiff Maxwell Ezenwa shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 16th day of March, 2006.

_____

DAVID HITTNER

United States District Judge